USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: October 16, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BARI ZAHN,

                        Plaintiff(s),      15 Civ. 2926   (LGS)

          -against-                     ORDER

KAYE SCHOLER LLP,

                       Defendant(s).
------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days. Any pending motions are DENIED as moot, and all conferences are CANCELLED.

SO ORDERED.

Dated: October 16, 2015
      New York, New York

                                              LORNA G. SCHOFIELD
                                         **UNITED STATES DISTRICT JUDGE**